Dismissed and Opinion filed January 23, 2003









Dismissed and Opinion filed January 23, 2003.

 

 

In The

 

Fourteenth Court of Appeals

____________

 

NO.
14-02-00834-CR

____________

 

EX
PARTE TERESA WATERS

 



 

On
Appeal from the 338th District Court

Harris
County, Texas

Trial
Court Cause No. 916,682

 



 

M
E M O R A N D U M   O P I N I O N

Appellant filed a pre-trial application for writ of habeas
corpus in the trial court seeking a bond reduction.  The trial court denied relief and appellant
sought review in this Court.  On January
15, 2003, appellant filed a motion to dismiss this appeal as moot.  In the motion, appellant states the appeal is
moot because the trial court has now released appellant on bond pending
trial.  We agree that this action renders
the issue of pre-trial bond moot. 
Accordingly, we dismiss the appeal. 

 

PER CURIAM

 

Judgment rendered and Opinion
filed January 23, 2003.

Panel consists of Justices Yates,
Anderson, and Frost. 

Do Not Publish C Tex. R. App. P. 47.2(b).